```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FLORENCE ELIZABETH MASON          :      CIVIL ACTION
and WALTER CARL PHILLIPS          :
                                  :
         v.                       :
                                  :
THE LAW OFFICES OF FEDERMAN       :
AND PHELAN, LLP, et al.           :      NO. 05-04252-JF
```

MEMORANDUM AND ORDER

Fullam, Sr. J.                                    September 8, 2005

      Plaintiffs, who are acting *pro se*, seek leave to proceed *in forma pauperis* in this action.  They are suing the law firm which represented a bank which foreclosed their mortgage, the bank in question, the Montgomery County Sheriff's Department which conducted the foreclosure sale, Chief Judge Diane W. Sigmund of the Bankruptcy Court, various unknown persons, etc.  This is but one of several lawsuits in which plaintiffs are participating; two of the cases are assigned to my docket.  In most of their submissions, plaintiffs characterize themselves as "We The People, All Rights Restored and Reserved, Never Waived ... Holder in Due Course, Secured Party/Creditor, Exempt from Levy; Propria Persona, Sui Juris ... Non-Domestic, Non-Resident ... Propria Persona, Sui Juris, 'Alleged Debtor.'" Plaintiffs' factual allegations, to the extent that they can be discerned, provide no conceivable basis for imposing liability upon any of the defendants.  The proposed complaint in this action must be

deemed legally frivolous.  The motion for leave to proceed *in forma pauperis* will therefore be denied.

    An Order follows.

```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FLORENCE ELIZABETH MASON         :        CIVIL ACTION
and WALTER CARL PHILLIPS         :
                                 :
        v.                       :
                                 :
THE LAW OFFICES OF FEDERMAN      :
AND PHELAN, LLP, et al.          :        NO. 05-04252-JF
```

ORDER

AND NOW, this 8th day of September 2005, IT IS ORDERED:

Plaintiffs' motion for leave to proceed *in forma pauperis* is DENIED.

BY THE COURT:


/s/ John P. Fullam
John P. Fullam, Sr. J.

3